UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 09-538(SRC) |
| LAMONT MARSHALL | : | **JUDGMENT FOR VIOLATION OF SUPERVISED RELEASE** |

The Court having presided over the defendant's guilty plea to Violation Number 1 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release by committing another federal, state or local crime while on supervised release, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty (30) days, and the defendant shall be given credit for time served under Federal Custody which followed defendant's State Custody; and

4. Violation Number 2 of the Petition for Violation of Supervised Release is dismissed.

HON. STANLEY R. CHESLER
United States District Judge

Dated: January 25, 2012